IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

BETTY M. TATE, Executrix for the
Estate of BEN J. TATE, SR.

vs. C.A. NO. 05-048T

CBS CORPORATION, n/k/a
VIACOM, INC., and JOHN DOE
(fictitious name)

NOTICE OF TAG ALONG ACTION

PLEASE TAKE NOTE THAT the Judicial Panel on Multi-District Litigation has entered an order transferring asbestos cases pending in United States District Court, State of Rhode Island, and elsewhere, to the United States District Court for the Eastern District of Pennsylvania, for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C.§ 1407 ("MDL Transfer Order"). That order also applies to "tag-along actions", or actions involving common questions of fact filed after the filing date of the Panel's Order to Show Cause.

MDL Rule 13(3) provides:

> Any party or counsel in actions previously transferred under Section 1407 or under consideration by the Panel for transfer under Section 1407 shall notify the Clerk of the Panel of any potential "tag-along actions" in which that party is also named or in which that counsel appears.

The undersigned hereby notifies the Court that this case is a potential "tag-along action" which may be subject to transfer to the United States District Court of the Eastern District of Pennsylvania. The Clerk of the Panel may either (1) enter a conditional transfer order pursuant to MDL Rule 12(a) or (2) file an order to show cause why the action should not be transferred, pursuant to MDL Rule 13(b).

Respectfully Submitted.

By: [signature]

Thomas W. Lyons, Esquire
**STRAUSS, FACTOR, LAING & LYONS**
222 Richmond Street, Suite 208
Providence, Rhode Island 02903
Tel: (401) 456-0700
Fax:(401) 421-4730
RI Bar No.: 2946

3

Dated: 1/10/05

Mailed To: Patricia D. Howard
Clerk of the Panel
One Columbus Circle, NE
Federal Judiciary Building
Room G-255, North Lobby
Washington, DC 20002

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent either by mail, postage prepaid or by electronic mail to all counsel of record on this 10th day of February, 2005.

Thomas W. Lyons, Esquire #2946